UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CORTEZ WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   4:06CV1488 HEA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on the Court's own motion.  This matter is to be set for an evidentiary hearing.  The Court believes that the appointment of counsel for Movant for this hearing may be appropriate.

Accordingly,

**IT IS HEREBY ORDERED** that Movant is to provide a financial affidavit to the Court for its consideration.  The Clerk of the Court shall provide to Movant a financial affidavit form. Movant is to return this form to the Court for its consideration of appointment of counsel for the evidentiary hearing that is to be scheduled in this matter.

Dated this 2nd day of August , 2007.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE